To Clerk

C-1-00-989
WEBER

Please be informed, my institutional location has changed. I am an inmate of the Southern Ohio Correctional Facility as of 8-29-03. Please send me notification for this informance for my record.

Thank You

Print Name Timothy L. King