PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7001 2510 0008 6348 8650

7001 2510 0008 6348 8650

U.S. Postal Service

# CERTIFIED MAIL RECEIPT

*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| **Total Postage & Fees** | $ |

Postmark Here

*Sent To* Timothy King #390-617

*Street, Apt. No.; or PO Box No.* So. OH. Corr. Instit PO Box 45699

*City, State, ZIP+4* Lucasville OH 45699