UNITED STATES 6 CIRCUIT APPEAL COURT
WESTERN DISTRICT OF OHIO

**FILED**
MAR 1 2 2004
JAMES BONINI, Clerk
CINCINNATI, OHIO

**RECEIVED**
MAR 1 2 2004

Timothy L. King
390-617
Southern Ohio Corr. Inst.
P.O. Box 45699
Lucasville Ohio
45699

PETITIONER LEONARD GREEN

CASE No. C-1-00-989

-vs-

STATE OF OHIO

RESPONDANT

Bruce D. Horrigan
Ohio Attorney General
Corr. Lit. Sec.
615 Superior Av
11th Floor
Cleveland Ohio
44113-1899

**Notice of Appeal**

Notice is hereby given that Timothy L. King petitioner, hereby appeals to the Federal 6 Circuit Court of Appeal, for the [6] Appellate District for the Judgement and Sentence of the United States District Court entered in this cause 3/11/04

This is an appeal pursuant to Rule of Federal Appellate Procedure (Rule) 22(b)(2) Title III Habeas Corpus; Proceedings In Forma Pauperis (in accordance see 28 U.S.C. 1291) (Story vs Kindt 26 F.3d 402-05 (3rd Cir 1994) Also Lozada v US. 107 F.3d 1011-17 (2 Cir 1997)

Sig: Timothy L. King
(print)

— Attached Affidavit In Support —  Date 3/11/04

Right to Petitioner to have Due Process of Law. This prejudical action did not adjuicute a fair justly session of Jurisdictional Proceeding. Evidence that should had be admissable was denied due to the State Court answering a negligent per-se brief. Petitioner could not raise issues that would have been debable in direct appeal. The Government fail to object to the negligent brief. Instead they (State Court) ruled improperly on an improper brief denying Petitione Due Process of Law. (See Coleman v Thompson 501 U.S. 722, 750 (1991) Murray v. Carrier, 477 U.S. 478, 485 (1986); Fugte v. Issac, 456 US 107, 129 (1982); Wainwright U.S. Sykes 433 U.S. 72, 87 (1977). "Where a Constitutional violation has probably resulted in the conviction of one who is actually innocent", The Misscarriage of Justice Standard has been met. Murray, 477 U.S. at 496. See also (Leonard v O'Leary 788 F.2d 1234-40 (7 cir. 1986)

Respectfully Submitted [signature]

4/11/04

# Affidavit In Support

The District Court Denied A Habeas Petition On Procedural Grounds Without reaching Petitioners underlying constitutional claim. A Certificate of Appealability Should Issue. As Required in Slack V. McDaniel 529 U.S. 473, 484-85 (2000). Jurists (Reasonable) would find it debatable whether the Petitioner states a valid claim of a constitutional Right Denied. Jurist of Reasonable Debate would find the District Court rather was incorrect in its procedural Ruling.

①  The District Court Erred:
To Secure the 6 Constitutional Right To Petitioner when The Effective Assistance Of Counsel was not Establish to concluded counsels performance; moreover, Counsels performance Fell an objectional creed of reasonableness. This Deficient Action prejudiced the Defendant, resulting in an "unreliable" Fundamentally unfair out come of the Proceeding. (See Strickland v Washington 466 U.S. 668, 698 (1984))

②  The District Court Erred:

To Secure the 5th and Fourteenth Constitutional Amendment