

**LEONARD GREEN**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 538
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

March 17, 2004

**RECEIVED**

**MAR 1 9 2004**

**JAMES BONINI, Clerk**
CINCINNATI, OHIO

Mr. James A. Bonini, Clerk
100 E. Fifth Street
Cincinnati, OH 45202

Dear Mr. Bonini:

Please find enclosed a notice of appeal in your case number C-1-00-989.

Please file the notice of appeal pursuant to Fed. R. App. P. Rule 4(a)(1), "if a notice of appeal is mistakenly filed in the court of appeals, the clerk of the court of appeals shall note thereon the date on which it was received and transmit it to the clerk of the district court and it shall be deemed filed in the district court on the date so noted."

The date we received the enclosure has been stamped, and we are now transmitting it to you pursuant to the rule. If you have any questions please do not hesitate to call me.

Barbara J. Burns
Operations Supervisor

Enclosure:   Notice of Appeal

cc:   Mr. Timothy King