# TRANSMISSION FORM

| | |
|---|---|
| **District Court:** S.D. of Ohio (Western Division) | **APPEAL INFORMATION to be completed by the Sixth Circuit** |
| **District Court Case No:** 1:00cv0989 | Court of Appeals Case No: 04 MAY 13 AM 11:21 |
| **SHORT CAPTION** | 04-3595 |
| *TIMOTHY L. KING | LINDA KANTER |
| Plaintiff/Petitioner  vs.  STATE OF OHIO | **Date Filed:** |
| Defendant/Respondent  #390-617  Southern Ohio Correctional Institution  P.O. Box 45699  Lucasville, OH 45699  *provide pro se address IF NOT on the docket sheet | **FILED**  MAY 11 2004  LEONARD GREEN, Clerk |
| **District Court Judge:** HERMAN J WEBER  **Court Reporter(s):** | **Anything That Needs Special Attention**  NOTICE OF APPEAL(DOC.25) appealing ORDER(DOC.24) entered on 2/19/2004. |
| **From Deputy Clerk:** ARTHUR HILL  **Date:** 3/19/2004 | |
| $255.00 Appeal Filing Fee Paid? **NO** | |

## RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(including the pre-sentence report psi)**   Volume(s)

Deposition(s)   Volume(s)        Exhibit(s)        Volume(s)

Transcript(s)   Volume(s)        **Sealed**        Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

**JAMES BONINI**
Clerk: _____
United States District Court