No. 04-3595

**FILED**

OCT 2 0 2004

LEONARD GREEN, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| TIMOTHY L. KING, | ) |
| Petitioner-Appellant, | ) |
| v. | ) ORDER |
| STATE OF OHIO, | ) 1:00cv989 |
| Respondent-Appellee. | ) |

Timothy L. King, an Ohio prisoner proceeding pro se, moves for a certificate of appealability in this appeal from a district court order staying his petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, pending King's exhaustion of his Ohio remedies.

Upon consideration, we deny the motion for a certificate of appealability as to all issues.

ENTERED BY ORDER OF THE COURT

Leonard Green
Clerk

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By: _____
Deputy Clerk