# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

March 2, 2005

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Re: Timothy L. King
v. Ohio
No. 04-8914
(Your No. 04-3595)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 15, 2004 and placed on the docket March 2, 2005 as No. 04-8914.

Sincerely,

William K. Suter, Clerk

by
Gail Johnson
Case Analyst

CO-00989

RECEIVED
Weber  MAR 7 2005

LEONARD GREEN, Clerk

04-3595

FILED
MAR 1 6 2005
LEONARD GREEN, Clerk